[No. 16179–2–I.   Division One.   March 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ROBERT ESTEPPA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–04021–3, Stephen M. Gaddis, J. Pro Tem., entered February 28, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 15981–0–I.   Division One.   March 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD DWAYNE THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–04624–6, Terrence A. Carroll, J., entered January 21, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 14599–1–I.   Division One.   March 3, 1986.]

*In the Matter of the Marriage of* ANNI BOLZ, *Respondent, and* BRUNO B. BOLZ, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–3–00609–4, Stuart C. French, J., entered March 16, 1984. *Affirmed* by unpublished per curiam opinion.

[No. 15255–6–I.   Division One.   March 3, 1986.]

AVEMCO INSURANCE COMPANY, *Respondent,* v. HERMAN M. PFAHL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–10603–6, Frank H. Roberts, Jr., J., entered August 8, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Coleman, J.